Marek P. Bute, Esq.
Nevada Bar No. 9989
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile: (702) 784-5252
Email: mbute@swlaw.com
       jshiroff@swlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>EBONI ABAH, an individual; JOAN MULHOLLAND, an individual; AMIA PAUAHI TORRES MULHOLLAND, an individual; and, DOES 1-10,<br><br>Defendants. | Case No. 2:14-cv-00858-JCM-VCF<br><br>**ORDER TO DISMISS PRIMERICA LIFE INSURANCE COMPANY WITH PREJUDICE** |

Plaintiff Primerica Life Insurance Company, ("Plaintiff" or "Primerica") brought its Motion to Interplead Funds on August 11, 2014 [ECF Doc. 19]. This Court entered an Order and Report & Recommendations on August 13, 2014 [ECF Doc. 24], granting Primerica's motion, which called for dismissal of Primerica following the deposit of the subject policy proceeds.

Primerica and the Defendants filed a Stipulation and Order regarding attorneys' fees [ECF Doc. 25], and the Court entered the order on August 22, 2014 [ECF Doc. 26]. Thereafter, on September 8, 2014, this Court adopted the Report & Recommendations [ECF Doc. 28].

Primerica deposited the proceeds in accordance with FRCP 67 and filed proof of the deposit on September 12, 2014 [ECF Doc. 29].

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants, and each of them, be required to litigate among themselves their claims to the policy proceeds.

IT IS FURTHER ORDERED that Primerica and its agents shall be discharged from all further liability in connection with the policy and/or proceeds as described in the Motion.

IT IS FURTHER ORDERED that Primerica shall be dismissed from this action with prejudice.

IT IS FURTHER ORDERED that the Defendants, and each of them, are hereby restrained from instituting or further prosecuting any other proceeding in any court against Primerica and/or its agent(s) with respect to the policy and/or the policy proceeds.

IT IS SO ORDERED.

DATED October 16, 2014.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

　/s/ Justin A. Shiroff
Marek P. Bute
Nevada Bar No. 9989
Justin A. Shiroff
Nevada Bar No. 12869
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Plaintiff
20224858

2